IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| BRENDA K. GORDON, | ) | |
| | ) | Civil No. 03:16-cv-00867-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| | ) | |
| RAYMOND J. QUINLAN, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

It was ordered that a pretrial order in this case be lodged not later than 12/5/2016. No pretrial order has been lodged. It was ordered that plaintiff report to the court in writing to show cause why this case should not be dismissed for want of prosecution. Plaintiff failed to timely report to the court. It is therefore ORDERED that this case be dismissed. Pending motions, if any, are DENIED AS MOOT.

Dated this 23 day of February, 2017.

by /s/ Michael W. Mosman
Michael W. Mosman
United States District Judge